## SHAW v. UNITED STATES.

### APPPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 426.   Motion to dismiss or affirm.—Submitted November 16, 1908.—
Decided November 30, 1908.

*American Sugar Refining Co.* v. *United States,* 211 U. S. 155, which held that a direct appeal from the Circuit Court would not lie in a case

where the only real substantial point was whether an officer of the United States had misconstrued the tariff act of 1897, followed, and appeal dismissed.

Writ of error to reverse 141 Fed. Rep. 469, dismissed.

*The Attorney General* and *The Solicitor General* for the appellee in support of the motion.

*Mr. Edward S. Hatch,* for the appellant, in opposition to the motion.

*Per Curiam:* Appeal dismissed for want of jurisdiction. *Shaw* v. *United States,* 141 Fed. Rep. 469; *United States* v. *Shaw,* 144 Fed. Rep. 329, and opinion of Board of General Appraisers, *Shaw* v. *United States,* 203 U. S. 591; *American Sugar Refining Company* v. *United States,* decided to-day, 211 U. S. 155.